IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00082-REB-BNB

CHRISTINE RUTH LYNCH, individually, as the surviving wife of Michael Edward Lynch, deceased, and as the mother and next friend of Tylaire Janelle Lynch and Michael Edward Lynch Jr., the surviving minor children of Michael Edward Lynch,

Plaintiff,

PINNACOL ASSURANCE,

Plaintiff/Applicant for Intervention,

v.

JOSEPH E. GUNJA,
DENISE A. GUNJA, and
CHRISTOPHER JOHN GUNJA,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Intervene** (the "Motion"), filed on February 23, 2006.

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Proposed Complaint for filing.  Defendant has ten (10) days in which to respond.

      IT IS FURTHER ORDERED that the caption above is the amended caption for this matter and should be used on all future filings.

DATED:  February 24, 2006