# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00082-REB-BNB

CHRISTINE RUTH LYNCH, individually, as the surviving wife of Michael Edward Lynch, deceased, and as the mother and next friend of Tylaire Janelle Lynch and Michael Edward Lynch Jr., the surviving minor children of Michael Edward Lynch,

    Plaintiff,

PINNOCAL ASSURANCE,
    Plaintiff/Applicant for Intervention,

v.

JOSEPH E. GUNJA,
DENISE A. GUNJA, and
CHRISTOPHER JOHN GUNJA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#28], filed October 9, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#28], filed October 9, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

2

3. That the Trial Preparation Conference set for July 20, 2007, is **VACATED**; and

4. That the jury trial set to commence August 6, 2007, is **VACATED**.

Dated October 10, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

2